Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charis Burrett,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Cassidy's Bar & Grill, Inc.,<br><br>　　　　　Defendant. | Case No. 8:22-cv-02115-JWH-ADS<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

　　　　Plaintiff Charis Burrett and Defendant Cassidy's Bar & Grill, Inc. hereby stipulate and agree to dismiss this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　　Respectfully submitted,

Dated: January 19, 2023　　　　　　　　　　　Law Office of Rick Morin, PC

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　By: Richard Morin
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: January 19, 2023　　　　　　　　　　　/s/ Harry S. Carmack
　　　　　　　　　　　　　　　　　　　　　　　Harry S. Carmack
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: January 19, 2023                                          Law Office of Rick Morin, PC

_____
Richard Morin
Attorney for Plaintiff